**41162**
**1605**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO: **16-08946-BKT** |
| **YADIRA VARGAS TIRADO** | CHAPTER: **13** |
| **Debtors** | |

**DLJ Mortgage Capital, Inc**
Movant

YADIRA VARGAS TIRADO

*Debtors-Respondents*

José Ramón Carrión Morales
*Trustee*

**MOTION IN COMPLIANCE WITH ORDER AND REQUESTING FINAL HEARING**

TO THE HONORABLE COURT

COMES NOW **DLJ Mortgage Capital, Inc**, hereinafter referred to as DLJ, through the undersigned counsel, and very respectfully alleges and requests:

1.     On June 9, 2017, DLJ filed a Motion for Relief from Stay on the grounds that the Debtor had accumulated post-petition arrears with DLJ and as such had failed to comply with the provisions of the plan (the "Motion"). [Refer to Docket Entry Number 30].

2.     A final hearing on the Motion was scheduled for 3/13/2018. On that date parties agreed to hold the motion in abeyance since loss mitigation procedures by and between Debtor and DLJ were in progress. [Refer to Docket Entries Number 53 and 54].

3.     As to that effect the court entered an order that states as follows:

The final hearing is hereby held in abeyance by agreement of the Movant to allow the Debtor to seek loan mitigation process. The parties will inform the Court within 90 days as to whether to schedule the final hearing or that the 362 motion is withdrawn. Order due by 6/11/2018.

Case No. 16-08946-BKT
*Motion in compliance with court order and requesting hearing*

[Docket No. 54]

4. DLJ hereby informs that Debtor failed to comply with the loss mitigation trial payment plan; therefore, DLJ requests that a final Hearing to consider DLJ's Motion be scheduled.

5. DLJ hereby waives the determination period.

**WHEREFORE**, DLJ requests that the remedies sought in this motion be granted and that a final hearing be scheduled to consider the motion.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 11th day of June, 2018.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **the Trustee José Ramón Carrión Morales** and **to the debtors' attorney, Roberto Figueroa Carrasquillo**.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 / Fax (787) 767-1183

*/s/ Sarah M. Vega Bonilla*
By: Sarah M. Vega Bonilla
USDC -PR 303503
Email: svega@martineztorreslaw.com