**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**YADIRA VARGAS TIRADO**<br>xxx–xx–1126<br>Debtor(s) | Case No. **16–08946 BKT**<br>Chapter **13**<br><br>FILED & ENTERED ON 7/19/18 |

*ORDER*

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 7/17/18 (Docket No. 72). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post–confirmation modified plan (Docket No. 70).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, July 19, 2018 .

Brian K. Tester
United States Bankruptcy Judge