**41162**
**1605**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO:    **16-08946-BKT** |
| **YADIRA VARGAS TIRADO** | CHAPTER:    **13** |
| **Debtor** | |

DLJ Mortgage Capital, Inc
Movant

YADIRA VARGAS TIRADO
Debtor-Respondent

José Ramón Carrión Morales
Trustee

**MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. 362**

TO THE HONORABLE COURT:

COMES NOW MOVANT, **Select Portfolio Servicing Inc. as Servicer for "DLJ Mortgage Capital,
Inc. ",** ("DLJ"), through the undersigned counsel, and very respectfully alleges and requests:

1.    YADIRA VARGAS TIRADO hereinafter will be referred to as the "Debtor".

2.    DLJ, a secured creditor in the above captioned case, has not been offered nor provided

adequate protection as required by section 362 of the Bankruptcy Code. Consequently, DLJ

requests that the automatic stay be lifted in order to continue with the mortgage foreclosure

proceedings.

3.    In its pertinent part, Section 362 states that:

Case No. 16-08946-BKT
*Motion Requesting Lift of the Automatic Stay*

"(d) On request of a party in interest and after notice and hearing, the court shall grant relief from stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay-

(1)    For cause, including the lack of adequate protection of an interest in property of such party in interest
(2)    With respect to a stay of an act against property under subsection(a) of this section, if---
   A)  The debtor does not have an equity in such property; and
   B)  Such property is not necessary to an effective reorganization".

4.    DLJ is the holder in due course of a mortgage note in the principal sum of **$83,600.00**, bearing interest at **5.500%** per annum (the "Note"). The indebtedness evidenced by the Note is secured by a mortgage executed before the notary public **MANUEL E.MALDONADO PEREZ, Esq.**, on **March 24, 2005**, deed number **126** (the "Mortgage"). Attached hereto as **Exhibit I** is a copy of the Note; **Exhibit II** a copy of the Mortgage; and as **Exhibit III** a copy of a title search that evidences DLJ's secured status.

5.    The Mortgage encumbers the property described below in **Spanish** (hereinafter referred to as the "Property"), as follows:

"URBANA: Parcela de terreno que se identifica como el solar No. 36 del Bloque "A" de la URBANIZACIÓN MONTE REAL, sita en el. Barrio Algarrobo del Municipio de Guayama, Puerto Rico, con una cabida superficial de 300,00 metros cuadrados. En lindes por el Norte, con el solar No, A-35; por el Sur, con el solar No. A-37; por el Este, con la Calle No, 2; y por el Oeste, con et solar No. A-11. En la finca antes descrita enclava una estructura de hormigón para uso residencial."

6.    The Debtor's payment plan, as included in the Chapter 13 plan, at Docket 76 (the "Plan"), requires that monthly regular post-petition payments be made directly to DLJ by the Debtor.

7.    The Debtor has not made the monthly installments due under the terms of the Note and the Mortgage.  As of December 5, 2019, the Debtor had accrued a total of **3** post-petition installments in arrears to DLJ amounting to **$1,327.11**.  See **Exhibit IV** attached hereto, which includes an itemized statement of the arrearage.

8.    The Debtor's failure to make payments due under the Mortgage, results in the Debtor's material default with the terms of the Plan.

9.    DLJ has not been offered and does not have adequate protection for the above mentioned security interest.  Moreover, the Debtor has failed to make post-petition payments as called for under the terms of the Plan.  Consequently, "cause" exists to lift the automatic stay.

10.    In view of the foregoing, DLJ respectfully requests that an order lifting the automatic stay pursuant to sections 362(d)(1) of the Bankruptcy Code be entered.

11.    DLJ filed secured proof of claim number **6** (the "POC"). DLJ hereby requests that the POC be deemed withdrawn or the disbursements be discontinued, if the remedy herein requested is granted.

12.    Upon the entry of the relief order, DLJ will no longer be filing any additional Notice of Payment Changes required by Rule 3002.1 (b) or any additional Post-Petition Fee Notifications required by Rule 3002.1 (c) in conjunction with the aforementioned loan/claim.

Case No. 16-08946-BKT
*Motion Requesting Lift of the Automatic Stay*

13.    Attached hereto as **Exhibit V** is the non-military service affidavit required for the entry

of an order by default by the Servicemembers' Civil Relief Act, 50 USC Appx. §521.

### NOTICE TO ALL PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.  If no response is filed within the prescribed period of time the Court may enter an order granting the relief herein requested.

**WHEREFORE,** DLJ respectfully requests that an order be entered granting the relief from the

automatic stay pursuant to section 362 (d)(1) of the Bankruptcy Code, granting costs, expenses

and attorney's fees to DLJ and authorizing DLJ to proceed with the foreclosure of the Mortgage

against the Property, with such further relief as may be deemed just and proper.  DLJ further

requests that the POC be deemed withdrawn or the disbursements be discontinued and that DLJ

be released from the responsibility of filing Notice of Payment Changes and Post-Petition Fee

Notifications.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to all participants of

the CM/ECF system including the ***Chapter 13 Trustee José Ramón Carrión Morales, Esq.;*** and

***Debtor's counsel, Roberto Figueroa Carrasquillo, Esq***. I also hereby certify that a copy of the

instant motion was also served by certified mail to the ***Chapter 13 Trustee José Ramón Carrión***

Case No. 16-08946-BKT
*Motion Requesting Lift of the Automatic Stay*

**_Morales, Esq.,_** PO Box 9023884 San Juan, PR 00902-3884; **_to Debtor's counsel, Roberto Figueroa_**

**_Carrasquillo, Esq.,_** PO Box 186 Caguas, PR 00726-0186 and to the **_Debtor YADIRA VARGAS_**

**_TIRADO_** HC 43 BOX 12141 CAYEY, PR 00736 .


In San Juan, Puerto Rico, this *16th* day of *December,* 2019.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183


**_/s/ Patricia I. Varela Harrison_**
By: Patricia I. Varela Harrison
USDC -PR 224802
Email:pvarela@martineztorreslaw.com

NOTE
PÁGARE

**Exhibit I**

US $83,600.00

GUAYAMA, PUERTO RICO

MARCH 24 —————— 2005
—— de —————— de 2005

--- FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay
--- POR VALOR RECIBIDO, el (los) suscribiente(s) ("Deudor") promete(n) pagar a

POPULAR MORTGAGE, INC., or its order, the principal sum of)
POPULAR MORTGAGE, INC., o a su orden, la suma principal de

EIGHTY THREE THOUSAND SIX HUNDRED DOLLARS ($83,600.00)

Dollars, with interest on the unpaid principal balance from the date of this Note, until paid, at the
Dólares, con intereses sobre el balance insoluto de principal desde la fecha de este Pagaré hasta su pago a

rate of FIVE POINT FIVE ZERO percent per annum. Principal and interest shall be payable at
razón del ————————————————————— porciento anual. El principal e intereses serán pagaderos en

(5.50%)

---167 Ponce De León Avenue, Hato Rey, Puerto Rico 00918,

or such other place as the Note holder may designate in writing, in consecutive monthly installments of
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de

FOUR HUNDRED SEVENTY FOUR DOLLARS and 67/100 ($474.67)

on the first (1st) day of each month beginning MAY, 2005,                                   until
en el primer (1er) día de cada mes comenzando el ——————————————————————  hasta

the entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness, if not
que su pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no

sooner paid, shall be due and payable on the first (1st) day of APRIL, 2035
antes pagada, quedará vencida y pagadera en el primer (1er) día de

--- If any monthly installment under this Note is not paid when due and remains unpaid after a date
--- Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha

specified by a notice to Borrower, the entire principal amount outstanding and accrued interest thereon
especificada en la notificación al Deudor, la suma total de principal pendiente de pago e intereses acumulados sobre la misma

shall at once become due and payable at the option of the Note holder. The date specified shall not be less
quedarán inmediatamente vencidos y pagaderos a opción del tenedor de este Pagaré. La fecha especificada no será anterior

than thirty (30) days from the date such notice is mailed. The Note holder may exercise this
a treinta (30) días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré podrá ejercitar esta

option to accelerate during any default by Borrower regardless of any prior forbearance.
opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior.

If suit is brought to collect this Note, the Note holder shall be entitled to collect in such
De radiarse procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho

proceeding the agreed and liquidated amount of ten percent of the original principal amount hereof to
procedimiento la suma pactada y líquida de diez porciento de la suma original de principal del presente para

PUERTO RICO - 1 to 4 FAMILY - 6/75 - FHMA/FHLMC UNIFORM INSTRUMENT



cover costs and expenses of suit, including but not limited to, attorney's fees.
cubrir las costas y gastos de dicho procedimiento, incluyendo, sin implicar limitación, honorarios de abogado.

--- Borrower shall pay to the Note holder a late charge of five percent of any
--- El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de cinco porciento de cualquier plazo

monthly installment not received by the Note holder within fifteen (15) days after the
mensual que no sea recibido por el tenedor de este Pagaré dentro de quince (15) días después de la fecha de

installment is due.
vencimiento de dicho plazo.

--- Borrower may prepay the principal amount outstanding in whole or in part. The Note holder
--- El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de principal. El tenedor de este Pagaré

may require that any partial prepayment (i) be made on the date monthly installments are due
podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que venzan plazos mensuales

and (ii) be in the amount of that part of one or more monthly installments which would be applicable
y (ii) sean en la cuantía de aquella parte de uno o más plazos mensuales que sería aplicable

to principal. Any partial prepayment shall be applied against the principal amount outstanding and
al principal. Cualquier pago parcial por anticipado será aplicado contra el principal insoluto y

shall not postpone the due date of any subsequent monthly installments or change the amount of such
no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente ni cambiará el monto de dichos

installments, unless the Note holder shall otherwise agree in writing. If, within five years from the date
plazos, a menos que el tenedor de este Pagaré acuerde lo contrario por escrito. Si, dentro de cinco años desde la fecha

of this Note, the undersigned makes any prepayments in any twelve month period beginning with the
de este pagaré, el (los) suscribiente(s) hace(n) cualquier pago anticipado en cualquier período de doce meses comenzando con la

date of this Note or anniversary dates thereof ("loan year") with money lent to the undersigned by a
fecha de este Pagaré o la de sus aniversarios ("año del préstamo") con dineros prestados al (los) suscribiente(s) por un



lender other than the holder hereof, the undersigned shall pay the holder hereof (a) during each of the
prestador que no sea el tenedor del presente, el (los) suscribiente(s) pagará(n) al tenedor del presente (a) durante cada uno de los

first three loan years —2— percent of the amount by which the sum of prepayments made
primeros tres años del préstamo _____ porciento de la cuantía por la cual el total de los pagos anticipados hechos

in any such loan year exceeds twenty percent of the original principal amount of this Note and
en cualquiera dicho año de préstamo exceda el veinte porciento de la cantidad original del principal de este Pagaré y

(b) during the fourth and fifth loan years —1— percent of the amount by which the sum of
(b) durante el cuarto y quinto año del préstamo _____ porciento de la cuantía por la cual el total de los

prepayments made in any such loan year exceeds twenty percent of the original principal amount
pagos anticipados hechos en cualquier dicho año de préstamo exceda el veinte porciento de la cantidad original del principal

of this Note.
de este Pagaré.

--- Presentment, notice of dishonor, and protest are hereby waived by all makers,
--- Por la presente se renuncian los derechos de presentación, aviso de rechazo y protesto por todos los otorgantes,

sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all
fiadores, garantizadores y endosantes del presente. Este Pagaré constituye obligación solidaria de todos sus

makers, sureties, guarantors and endorsers, and shall be binding upon them and their heirs,
otorgantes, fiadores, garantizadores y endosantes y los obliga así como a sus herederos,

personal representatives, successors and assigns.
representantes personales, sucesores y cesionarios.

--- Any notice to Borrower provided for in this Note shall be given by mailing such notice by
--- Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por



certified mail addressed to Borrower at the Property Address stated below, or to such other address as
correo certificado dirigida al Deudor a la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que

Borrower may designate by notice to the Note holder.  Any notice to the Note holder shall be
el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación al tenedor de este Pagaré deberá ser

given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address
enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección

stated in the first paragraph of this Note, or at such other address as may have been designated by notice
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación

to Borrower.
al Deudor.

--- The indebtedness evidenced by this Note is secured by a Mortgage, dated
--- La deuda evidenciada por este Pagaré está garantizada por una Hipoteca, de fecha

of even date herewith, on property as indicated in Deed Number ___126___ before
igual a la del presente, sobre la propiedad según indicada en la Escritura Número                  ante

the suscribing Notary.
el Notario suscribiente.

_Yadira Vargas Tirado_
YADIRA VARGAS TIRADO

[Execute Original Only]
[Otórguese el Original Únicamente]

POSTAL ADDRESS:                           ADDRESS ACCORDING TO THE
                                          REGISTRY OF THE PROPERTY:

A-36 CALLE 6                              SOLAR # 36 BLOQUE A

MONTE REAL DEV.                          URB. MONTE REAL

GUAYAMA, PUERTO RICO 00784                BO. ALGARROBO
[Property Address]
[Dirección de la Propiedad]               GUAYAMA, PUERTO RICO

Affidavit Number ___2331___

Acknowledged and subscribed before me by YADIRA VARGAS TIRADO, of legal age, single,
property owner and resident of Guayama, Puerto Rico, who(m) has (have) been identified by me as
provided for in Article 17 of Notarial Law in force, in Guayama, Puerto Rico, this 24 day of March, 2005.

PAY TO THE ORDER OF
BANCO POPULAR DE PUERTO RICO

WITHOUT RECOURSE
POPULAR MORTGAGE, INC.

NOTARY PUBLIC

MANUEL E. MALDONADO PEREZ
PUERTO RICO
ABOGADO-NOTARIO

PUERTO RICO - 1 to 4 FAMILY - 8/78 - FHMA/FHLMC UNIFORM INSTRUMENT

ALLONGE

THIS ALLONGE IS TO BE ATTACHED TO AND MADE AN INTEGRAL PART of the following instrument:

Reference Number: ▓▓▓▓▓▓▓▓▓
Note (Pagaré)
Closing Date: 03/24/2006
Borrowers Name: YADIRA VARGAS-TIRADO
Co-Borrowers Name:
Original Principal Amount: EIGHTY THREE THOUSAND SIX HUNDRED DOLLARS AND ZERO CENTS
($83,600.00)
Property Address:    A-38 2TH ST MONTE REAL DEV
                     GUAYAMA  PR  00784

PAY TO THE ORDER OF

_____

BANCO POPULAR DE PUERTO RICO

By: _____

Name: Francisco Segura

Title: AUTHORIZED SIGNATURE

By: _____

Name: Guillermina Rodriguez

Title: AUTHORIZED SIGNATURE

# ALLONGE

THIS ALLONGE IS TO BE ATTACHED TO AND MADE AN INTEGRAL PART of the following Instrument:

Reference Number: ███████████
Note (Pagaré)
Closing Date: 06/28/2011
Borrowers Name: YADIRA VARGAS-TIRADO
Co-Borrowers Name:
Original Principal Amount: SEVENTY EIGHT THOUSAND ONE HUNDRED ELEVEN DOLLARS AND FORTY NINE CENTS
($78,111.49)
Property Address: A-36 2TH ST MONTE REAL DEV
        GUAYAMA PR 00784

PAY TO THE ORDER OF

_____

WITHOUT RECOURSE
BANCO POPULAR DE PUERTO RICO

By: _____

Name: Francisco Segura

Title: AUTHORIZED SIGNATURE

By: _____

Name: Guillermina Rodríguez

Title: AUTHORIZED SIGNATURE

FALLONGE-03/01/2013-031

## LIEN MODIFICATION AGREEMENT

This Lien Modification Agreement ("Agreement") is effective March 1, 2019, between YADIRA VARGAS-TIRADO, ("Property Owner") and Select Portfolio Servicing, Inc., acting on behalf of the lien holder, ("Lien Holder"). If Property Owner's representations and covenants in Section 1 continue to be true in all material respects, then this Agreement will amend and supplement, as set forth in Section 2, the lien documents dated March 24, 2005, securing the original principal sum of $83,600.00 ("Lien Documents"), which encumber the real and personal property described in the Lien Documents (defined in the Lien Documents as the "Property"), known as

A-36 2TH ST MONTE REAL DE
GUAYAMA, PR 00784

*Lien Holder acknowledges that the mortgage loan related to the Property has been discharged. Even though the Property Owner's personal liability on the note is discharged, the terms of the Lien Documents remain in effect. Lien Holder continues to have an enforceable lien on the Property. This lien modification agreement does not constitute a reaffirmation of debt under United States Code Title 11.*

1. **Property Owner Representations and Covenants.** Property Owner certifies, represents, covenants, and agrees as follows:

    a. Property Owner is experiencing a financial hardship, and as a result, (i) is in default under the Lien Documents or default is imminent, and (ii) Property Owner does not have sufficient income or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future.

    b. There has been no impermissible change in the ownership of the Property since Property Owner signed the Lien Documents.

    c. If requested by Lien Holder, Property Owner has provided documentation for all income that they receive.

    d. All documents and information Property Owner has provided to Lien Holder in connection with this Agreement, including the documents and information regarding eligibility for this Agreement, are complete, true and correct.

    e. Property Owner has made or will make all payments required under a trial modification plan or lien workout plan, if applicable.

    f. The property is neither in a state of disrepair, nor condemned.

    g. Property Owner is not a party to any litigation involving the Lien Documents, except to the extent the Property Owner may be a defendant in a foreclosure action.

2. **The Modification.** If Property Owner's representations and covenants in Section 1 continue to be true in all material respects and all preconditions to the modification set forth in Section 2 have been met, the Lien Documents will automatically become modified on March 1, 2019 (the "Modification Effective Date") and all late charges that remain unpaid will be waived. Property Owner understands that if they fail to make any payments as a precondition to this modification under a workout plan or trial modification plan, this modification will not take effect. The first modified payment will be due on April 1, 2019.

    a. The Maturity Date will be: March 1, 2049.

    b. The modified principal balance to satisfy the Lien will include all amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, Unpaid Amounts) less any amounts paid to the Lien Holder but not previously credited to the account associated with the Lien Documents The new principal balance to satisfy the Lien will be $90,270.03 (the "New Principal Balance"). Property Owner understands that by agreeing to add the Unpaid Amounts to the outstanding balance to satisfy the Lien, the added Unpaid Amounts accrue interest based on the interest rate in effect under this Agreement. Property Owner also understands that this means interest will now accrue on the unpaid interest that is added to the outstanding balance to satisfy the Lien, which would not happen without this Agreement.

    c. Interest at the rate of 4.000% will begin to accrue on the Interest Bearing Principal Balance as of March 1, 2019 and the first new monthly payment on the Interest Bearing Principal Balance will be due on April 1, 2019. The payment schedule for the modified Lien Documents is as follows:

| Months | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1 - 36 | 4.000% | March 1, 2019 | $377.27 | $16.00, may adjust periodically | $393.27, may adjust periodically | April 1, 2019 | 36 |
| 37 - 48 | 5.000% | March 1, 2022 | $432.19 | $16.00 | $448.19 | April 1, 2022 | 12 |
| 49 - 60 | 6.000% | March 1, 2023 | $489.32 | $16.00 | $505.32 | April 1, 2023 | 12 |
| 61 - 72 | 7.000% | March 1, 2024 | $548.24 | $16.00 | $564.24 | April 1, 2024 | 12 |
| 73 - 360 | 7.500% | March 1, 2025 | $578.17 | $16.00 | $594.17 | April 1, 2025 | 288 |
| A final balloon payment on the Interest Bearing Principal Balance of $48,707.48 is due on the Maturity Date. | | | | | | | |

*The escrow payments may be adjusted periodically in accordance with applicable law and therefore the total monthly payment may change accordingly.

BALLOON NOTICE. In order to reach an affordable payment, we extended your amortization term, which is the rate or speed by which your mortgage is calculated to be paid off; however, your maturity term, which is the period of time until your mortgage becomes due and payable, could not be fully extended to an equal term. This is because the investor on your account allows us to change your amortization term but does not allow us to change the maturity term to match. As a result of the difference between these two periods, there will be an amount due of $48,707.48 on the date your lien matures on March 1, 2049. The amount outstanding at maturity is in addition to your monthly scheduled payment that you received as part of your modification.

d. Property Owner has agreed to establish an escrow account to pay for homeowner's insurance, and pay a monthly escrow payment in the initial amount of $16.00. Property Owner acknowledges that the payments attributable to insurance are determined by the insurance companies and, therefore, are subject to change from time to time. Property Owner will be notified of any changes. The monthly payment under this modification does not include the collection of funds for property taxes. Therefore Property Owner is responsible for the payment of property taxes as required under the Loan Documents. If Property Owner fails to pay property taxes, the taxing entity may sell the property and Property Owner could lose their home.

3. Other Agreements. Property Owner and Lien Holder also agree to the following:

   a. This Agreement shall supersede any modification, forbearance, trial period plan, or other workout plan that Property Owner previously entered into with Lien Holder.

   b. The Lien Documents, as modified by this Agreement, are duly valid, binding agreements, enforceable in accordance with their terms and are hereby reaffirmed.

   c. All terms of the Lien Documents, except as expressly modified by this Agreement, or by the U.S. Bankruptcy Code, remain in full force and effect. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the terms contained in the Lien Documents.

   d. All covenants, agreements, and requirements of the Lien Documents, including all requirements to make payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments under the Lien Documents remain in full force and effect.

e.  If any document is lost, misplaced, misstated or inaccurately reflects the true and correct terms and conditions of the Lien Documents as amended by this Agreement, within ten (10) days after receipt of the Lien Holder's request, Property Owner will execute, acknowledge, initial, and deliver to the Lien Holder any documentation the Lien Holder deems necessary to replace or correct the lost, misplaced, misstated or inaccurate document(s). If Property Owner fails to do so, Property Owner will be liable for any and all loss or damage which the Lien Holder reasonably sustains as a result of Property Owner's failure. At Lien Holder's option, this Agreement will be void and of no legal effect upon notice of such loss, misplacement, misstatement, or inaccuracy. If Property Owner elects not to sign any such corrective documentation, the terms of the original Lien Documents shall continue in full force and effect, such terms will not be modified by this Agreement, and Property Owner will not be eligible for a modification.

f.  The mortgage insurance premiums, if applicable, may increase as a result of the capitalization, which will result in a higher total monthly payment. Furthermore, the date on which Property Owner may request cancellation of mortgage insurance may change as a result of the New Principal Balance.

g.  As of the Modification Effective Date, notwithstanding any other provision of the Lien Documents, Property Owner agrees as follows: If all or any part of the Property or any interest in it is sold or transferred without the Lien Holder's prior written consent, the Lien Holder may, at its option, require immediate payment in full of all sums secured by the Lien Documents. However, the Lien Holder shall not exercise this option if federal law prohibits the exercise of such option as of the date of such sale or transfer.   If the Lien Holder exercises this option, the Lien Holder shall give Property Owner notice of acceleration. The notice shall provide a period of not less than thirty (30) days -- depending on state law and other requirements -- from the date the notice is delivered or mailed within which all sums secured by the Lien Documents must be paid.   If these sums are not paid prior to the expiration of this period, the Lien Holder may invoke any remedies permitted by the Lien Documents without further notice or demand on Property Owner.

h.  As of the Modification Effective Date, a buyer of the Property will not be permitted, under any circumstance, to assume the Mortgage. In any event, this Agreement may not be assigned to, or assumed by, a buyer of the Property.

i.  All payment amounts specified in this Agreement assume that payments will be made as scheduled.

j.  If Property Owner is in bankruptcy upon execution of this document, Property Owner will cooperate fully with Lien Holder in obtaining any required bankruptcy court and trustee approvals in accordance with local court rules and procedures. Property Owner understands that if such approvals are not received, then the terms of this Agreement will be null and void. If this Agreement becomes null and void, the terms of the original Lien Documents shall continue in full force and effect, and such terms shall not be modified by this Agreement.

k.  In agreeing to the changes to the Lien Documents as reflected in this Agreement, Lien Holder has relied upon the truth and accuracy of all of the representations made by Property Owner, both in this Agreement and in any documentation provided by or on behalf of Property Owner in connection with this Agreement. If Lien Holder subsequently determines that such representations or documentation were not truthful or accurate, Lien Holder may, at its option, rescind this Agreement and reinstate the original terms of the Lien Documents as if this Agreement never occurred.

**TAX CONSEQUENCES OF LOAN MODIFICATIONS.** There may be income tax consequences related to this loan modification. Because you will be responsible for paying any income tax due as a result of this loan modification, you may wish to consult a tax advisor before accepting this loan modification.

The Property Owner(s) and Lien Holder have signed this Agreement as of the Effective Date.

_____          _March 18- 2019_____
Property Owner Signature:                Date:

_____          _____
Property Owner Signature:                Date:            DIGIMAIL
                                                          MAR 2 1 2019

Larry Gonzales
Document Control Officer

Select Portfolio Servicing, Inc. (On behalf of Lien Holder):

APR 1 0 2019

Date:

Exhibit II

—— DEED NUMBER ONE HUNDRED TWENTY SIXE (126) ——

# FIRST MORTGAGE
## PRIMERA HIPOTECA.

—— In the City of ——————— Puerto Rico ——
—— En la Ciudad de ——Guayama——————— Puerto Rico, ——

this
hoy día  twenty-four (24)      day of      March
——————————————— de ———————

two thousand five (2005)

——————— BEFORE ME ——————
——————— ANTE MI ——————

—— MANUEL E. MALDONADO PEREZ —————— a Notary Public
—————————————————————— Notario Público

In Puerto Rico, with residence in the City of San Juan,
en Puerto Rico con residencia en la Ciudad

Puerto Rico, and with offices at San Juan, Puerto Rico;
————————————— APPEAR ——————
————————— COMPARECE(N) ——————

—— The person(s) mentioned in paragraph SEVENTH hereof (herein
—— La(s) persona(s) mencionada(s) en el párrafo SEPTIMO (en adelante

"Borrower").
"el Deudor").

—— I, the Notary, hereby certify that I know the appearing parties
—— Yo, el Notario, por la presente certifico que conozco a los comparecientes

herein and through their statements as to their ages, civil status,
y por sus dichos de sus edades, estado civil,

occupations and residences. They assure me that they have, and in my
ocupaciones y residencias. Ellos me aseguran que tienen, y a mi

judgment they do have, the necessary legal capacity to execute this
juicio tienen, la capacidad legal necesaria para otorgar esta

deed, wherefore they freely
escritura, por lo cual libremente

————— STATE AND COVENANT ——————
————— DECLARAN Y CONVIENEN ——————

—— FIRST: That Borrower is owner of the property described in
—— PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph FIFTH hereof (herein "Property") and has the
el párrafo QUINTO de la presente (en adelante la "Propiedad") y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de carga

PUERTO RICO —1 to 4 family— 6/75 —FNMA/FHLMC UNIFORM INSTRUMENT

1

special assessments as they fall due, Borrower shall pay to Lender any
derramas especiales según vanzan, el Deudor pagará al Prestador cualquier

amount necessary to make up the deficiency within thirty (30) days
cantidad necesaria para completar la deficiencia dentro de treinta (30) días

from the date notice is mailed by Lender to Borrower
a partir de la fecha de envío por correo de notificación por el Prestador al Deudor

requesting payment thereof. ——————————————————
requiriendo su pago. ——

—— Upon payment in full of all sums secured by this Mort-
—— Una vez pagadas por completo todas las cantidades aseguradas por esta Hipo-

gage, Lender shall promptly refund to Borrower any Funds
teca, el Prestador reembolsará inmediatamente al Deudor cualesquiera Fondos

held by Lender. If under paragraph 18 hereof the
en manos del Prestador. Si bajo las disposiciones del párrafo 18 de la presente la

Property is sold or the Property is otherwise acquired by Lender,
Propiedad es vendida o la Propiedad es de otro modo adquirida por el Prestador,

Lender shall apply, no later than immediately prior to the sale
al Prestador aplicará, no más tarde de inmediatamente antes de la venta

of the property or its acquisition by Lender, any Funds held by
de la Propiedad o su adquisición por el Prestador, cualesquiera Fondos en manos del

Lender at the time of application as a credit against the sums secured
Prestador al momento de su aplicación como crédito contra las sumas aseguradas

by this Mortgage. ——————————————————
por esta Hipoteca. ——

—— 3. Application of Payments. Unless applicable law provides
—— 3. Aplicación de Pagos. Excepto cuando ley aplicable disponga

otherwise, all payments received by Lender under the Note and
lo contrario, todos los pagos recibidos por el Prestador bajo el Pagaré y

paragraphs 1 and 2 hereof shall be applied by Lender first in
los párrafos 1 y 2 de la presente serán aplicados por el Prestador primero al

payment of amounts payable to Lender by Borrower under paragraph
pago de las sumas pagaderas al Prestador por el Deudor bajo el párrafo

2 hereof, then to interest payable on the Note and then to the prin-
2 de la presente, luego a interés pagadero bajo el Pagaré y luego al prin-

cipal of the Note. ——————————————————
cipal del Pagaré. ——

—— 4. Charges: Liens. Borrower shall pay all taxes, assess-
—— 4. Cargas; Gravámenes. El Deudor pagará todas las contribuciones, impues-

ments and other charges, fines and impositions attributable to the
tos y otros cargos, multas o imposiciones atribuibles a la

Property which may attain a priority over this Mortgage, if any,
Propiedad que puedan obtener prioridad sobre esta Hipoteca, si algunos,

6

in the manner provided under paragraph 2 hereof or, if not paid in
en la forma dispuesta bajo el párrafo 2 de la presente o, si no son pagados en

such manner, by Borrower making payment, when due, directly to the
dicha forma, mediante el pago por el Deudor, cuando venzan, directamente al

payee thereof, Borrower shall promptly furnish to Lender all
acreedor de los mismos. El Deudor suministrará inmediatamente al Prestador todas

notices of amounts due under this paragraph, and in the event
las notificaciones de cantidades vencidas bajo este párrafo, y, en caso de que

Borrower shall make payment directly, Borrower shall promptly furnish
el Deudor pague directamente, el Deudor suministrará inmediatamente

to Lender receipts evidencing such payments. Borrower
al Prestador los recibos que evidencien dichos pagos. El Deudor

shall promptly discharge any lien which has priority over this
descargará inmediatamente cualquier gravamen que tenga prioridad sobre esta

Mortgage; provided, that Borrower shall not be required to discharge
Hipoteca; disponiéndose, que no se requerirá que el Deudor descargue



any such lien so long as Borrower shall agree in writing to the payment
cualquiera de dichos gravámenes cuando el Deudor acuerde por escrito pagar

of the obligation secured by such lien in a manner acceptable to
la obligación garantizada por dicho gravamen en forma aceptable al

Lender, or shall in good faith contest such lien by, or defend
Prestador, o cuando impugne de buena fe dicho gravamen mediante, o defienda contra

enforcement of such lien in, legal proceedings which operate
la ejecución de dicho gravamen en, procedimientos legales que produzcan

to prevent the enforcement of the lien or forfeiture of the Property
el efecto de evitar la ejecución del gravamen o la pérdida de la Propiedad

or any part thereof. ——————————————————————————
o de cualquier parte de la misma. ——————————————————————

5. Hazard Insurance. Borrower shall keep the improvements now
5. Seguro de Riesgo. El Deudor mantendrá las mejoras ahora

existing or hereafter erected on the Property insured against loss
existentes o en adelante erigidas en la Propiedad aseguradas contra pérdida

by fire, hazards included within the term "extended coverage", and
por fuego, riesgos incluidos dentro de término "cubierta extensa", y

such other hazards as Lender may require, and in such amounts and
tales otros riesgos como el Prestador pueda requerir, y en las cantidades y

for such periods as Lender may require; provided, that Lender
por los términos que el Prestador pueda requerir; disponiéndose, que el Prestador

shall not require that the amount of such coverage exceed that amount
no podrá requerir que el monto de dicha cubierta exceda del monto

of coverage required to pay the sums secured by this Mortgage. ————
de cubierta necesario para pagar las sumas aseguradas por esta Hipoteca. ————

7

— The insurance carrier providing the insurance shall be chosen by
— El asegurador que proporcione el seguro será escogido por

Borrower subject to approval by Lender; provided, that such
el Deudor sujeto a la aprobación del Prestador; disponiéndose que tal

approval shall not be unreasonably withheld. All premiums on
aprobación no será denegada irrazonablemente. Todas las primas de

insurance policies shall be paid in the manner provided under
pólizas de seguro serán pagadas en la forma dispuesta bajo

paragraph 2 hereof or, if not paid in such manner, by
el párrafo 2 de la presente o, si no pagadas en dicha forma, mediante

Borrower making payment, when due, directly to the insurance carrier.
el pago directo por el Deudor al asegurador a su vencimiento.

— All insurance policies and renewals thereof shall be in form accept-
— Todas las pólizas de seguro y sus renovaciones serán en forma acep-

able to Lender and shall include a standard mortgage clause
table al Prestador e incluirán la cláusula usual de protección al acreedor hipotecario

in favor of and in form acceptable to Lender. Lender shall have the
a favor de y en forma aceptable al Prestador. El Prestador tendrá el

right to hold the policies and renewals thereof, and Borrower
derecho de poseer las pólizas y sus renovaciones y el Deudor

shall promptly furnish to Lender all renewal notices and
suministrará al Prestador inmediatamente todas las notificaciones de renovación y

all receipts of paid premiums. In the event of loss, Borrower shall give
todos los recibos de primas pagadas. En caso de pérdida, el Deudor dará

prompt notice to the insurance carrier and Lender, and Lender may
notificación inmediata al asegurador y al Prestador, y el Prestador podrá

make proof of loss if not made promptly by Borrower.
hacer la prueba de pérdida si el Deudor no la hace inmediatamente.

— Unless Lender and Borrower otherwise agree in writing,
— A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

insurance proceeds shall be applied to restoration or re-
las indemnizaciones provenientes de seguro serán aplicadas a la restauración o re-

pair of the Property damaged, provided such restoration or
paración de la Propiedad afectada, bajo condición de que dicha restauración o

repair in economically feasible and the security of this Mortgage is not
reparación sea económicamente factible y la garantía de esta Hipoteca no queda

thereby impaired. If such restoration or repair is not economically
por ello menoscabada. Si tal restauración o reparación no fuere económicamente

feasible or if the security of this Mortgage would be impaired, the
factible o si la garantía de esta Hipoteca fuere menoscabada, las

insurance proceeds shall be applied to the sums secured
indemnizaciones provenientes de seguros serán aplicadas a las sumas garantizadas

8

by this Mortgage, with the excess, if any, paid to Borrower. If the Prop-
por esta Hipoteca, y el exceso, si alguno, pagado al Deudor. Si la Pro-

erty is abandoned by Borrower or if Borrower fails to respond to Lender
piedad es abandonada por el Deudor, o si el Deudor dejare de responder al Prestador

within thirty (30) days from the date notice is mailed
dentro de treinta (30) días a partir de la fecha de envío por correo de notificación por

by Lender to Borrower that the insurance carrier offers to settle a claim
el Prestador al Deudor de que el asegurador ofrece transigir una reclamación

for insurance benefits, Lender is authorized to collect and apply the
de beneficios de seguro, el Prestador queda autorizado a cobrar y aplicar las

insurance proceeds at Lender's option either to restoration or
indemnizaciones provenientes de seguro a opción del Prestador a la restauración o

repair of the Property or to the sums secured by this Mortgage. ———
reparación de la Propiedad o a las sumas aseguradas por esta Hipoteca. ——



—— Unless Lender and Borrower otherwise agree in writing, any
—— A menos que el Prestador y Deudor acuerden lo contrario por escrito, cualquier

such application of proceeds to principal shall not extend or post-
tal aplicación de las indemnizaciones a principal no actuará para extender o pos-

pone the due date of the monthly installments referred to
poner la fecha de vencimiento de los plazos mensuales a los cuales se hace referencia

in paragraphs 1 and 2 hereof or change the amount of such installments.
en los párrafos 1 y 2 de la presente o cambiar el monto de dichos plazos.

—— If under paragraph 18 hereof the Property is acquired by Lender,
—— Si bajo el párrafo 18 de la presente la Propiedad es adquirida por el Prestador,

all right, title and interest of Borrower in and to any insurance policies
todo derecho, título e interés del Deudor en y sobre cualesquiera pólizas de seguros

and in and to the proceeds thereof resulting from damage to the
y en y sobre los fondos provenientes de las mismas como resultado de daños a la

Property prior to the sale or acquisition shall pass to Lender to the
Propiedad anteriores a la venta o adquisición pasarán al Prestador hasta el

extent of the sums secured by this Mortgage immediately prior to such
monto de las sumas aseguradas por esta Hipoteca inmediatamente antes de dicha

sale or acquisition. ————
venta o adquisición. ——

—— 6. Preservation and Maintenance of Property; Condominiums;
—— 6. Conservación y Mantenimiento de la Propiedad; Condominios;

Planned Unit Developments. Borrower shall keep the Property in good
Proyectos de Unidades Planificadas. El Deudor mantendrá la Propiedad en buen

repair and shall not commit waste or permit impairment or deterioration
estado de reparación y no permitirá ni causará deterioro o menoscabo

of the Property. If this Mortgage is on a unit in a condominium or a
a la Propiedad. Si esta Hipoteca es sobre una unidad en un condominio o un

9

planned unit development, or if Borrower is a member of any other
proyecto de unidades planificadas, o si el Deudor es un miembro de cualquier otra

type of association wherein property is jointly owned or administered
clase de régimen mediante el cual la propiedad se posee o administra en común

And obligations for maintenance thereof arise in the Borrower,
y surjan obligaciones para el Deudor respecto a su mantenimiento,

Borrower shall perform all of Borrower's obligations under the declara-
el Deudor cumplirá con todas las obligaciones del Deudor bajo la declara-

tion or covenants creating or governing the condominium or
ción o convenios que establecen o gobiernan el condominio o

planned unit development, the by-laws and regulations of the condo-
proyecto de unidades planificadas, las reglas y los reglamentos del condo-

minium or planned unit development, and constituent documents, or
minio o proyecto de unidades planificadas y los documentos constituyentes, o

arising from Borrower's membership in such association. —— —— ——
que surgen de la condición de miembro del Deudor en dicha asociación. —— —— ——

—— 7. Protection of Lender's Security. If Borrower fails to perform
—— 7. Protección de la Garantía del Prestador. Si el Deudor dejare de cumplir

the covenants and agreements contained in this Mortgage, or if
los pactos y convenios contenidos en esta Hipoteca, o si

any action or proceeding is commenced which materially affects
se comenzare alguna acción o procedimiento que materialmente afecte

Lender's interest in the Property, including, but not limited to,
el interés del Prestador en la Propiedad, incluyendo, sin implicar limitación,

eminent domain, insolvency, enforcement of regulations of the
de expropiación, insolvencia, ejecución de reglamentación de la

Planning Board of Puerto Rico or arrangements or
Junta de Planificación de Puerto Rico o concurso de acreedores o

proceedings involving a bankrupt or decedent, then Lender
procedimientos relacionados con un quebrado o un causante, el Prestador,

at Lender's option, upon notice to Borrower, may make such
a opción del Prestador, previa notificación al Deudor, podrá hacer aquellas

appearances, disburse such sums and take such action as is necessary
comparecencias, desembolsos de dineros y tomar cualquier acción que sea necesaria

to protect Lender's interest, including, but not limited to,
para proteger el interés del Prestador incluyendo, sin implicar limitación,

disbursement of reasonable attorney's fees and entry upon the Property
desembolso de honorarios razonables de abogado y entrar a la Propiedad

to make repairs. —— —— —— —— —— —— —— —— —— —— ——
para efectuar reparaciones. —— —— —— —— —— —— —— —— ——

—— —— If Lender required mortgage insurance as a condition of making
—— —— Si el Prestador requirió seguro hipotecario como condición para hacer

10



the loan secured by this Mortgage, Borrower shall pay the premiums
el préstamo garantizado por esta Hipoteca, el Deudor pagará las primas

required to maintain such insurance in effect until such time
requeridas para mantener en vigor dicho seguro hasta que expire el término durante

as the requirement for such insurance terminates in accordance with
el cual debe mantenerse en vigor dicho seguro de acuerdo con

Borrower's and Lender's written agreement or applicable law. Borrower
el convenio escrito entre el Prestador y Deudor o la ley aplicable. El Deudor

shall pay the amount of all mortgage insurance premiums in the
pagará el monto de todas las primas del seguro hipotecario según

manner provided under paragraph 2 hereof. —————————————————
dispuesto en el párrafo 2 de la presente. ——————————————

——— Any amounts disbursed by Lender pursuant to this
——— Cualesquiera sumas desembolsadas por el Prestador bajo las disposiciones de este

paragraph 7, with interest thereon, shall become additional indebtedness
párrafo 7, con intereses sobre las mismas, serán deuda adicional

of Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor garantizada por esta Hipoteca. A menos que Deudor y Prestador

agree to other terms of payment, such amounts shall be payable
convengan otros términos de pago, dichas sumas serán pagaderas

upon notice from Lender to Borrower requesting payment thereof,
inmediatamente que el Prestador notifique al Deudor requiriendo pago de las mismas,

and shall bear interest from the date of disbursement at the rate
y devengarán intereses a partir de la fecha de desembolso al tipo

payable from time to time on outstanding principal under the Note
pagadero de tiempo en tiempo sobre el principal adeudado bajo el Pagaré,

unless payment of interest at such rate would be contrary to
excepto cuando el pago de dicho interés a razón de dicho tipo resulte contrario a

applicable law, in which event such amounts shall bear interest at
ley aplicable, en cuyo caso dichas sumas devengarán intereses al

the highest rate permissible under applicable law. Nothing contained in
tipo más alto permisible bajo la ley aplicable. Nada de lo expresado en

this paragraph 7 shall require Lender to incur any expense or take
este párrafo 7 requerirá del Prestador que incurra en ningún gasto o tome

any action hereunder. ————————————————————————————
acción alguna bajo el mismo. ——————————————————————

——— 8. Inspection. Lender may make or cause to be made
——— 8. Inspección. El Prestador podrá hacer o causar que se hagan

reasonable entries upon and inspections of the Property, provided that
entradas razonables a, e inspecciones de, la Propiedad, disponiéndose que

Lender shall give Borrower notice prior to any such inspection speci-
el Prestador dará notificación previa al Deudor de tales inspecciones especi-

11

The procurement of insurance or the payment of taxes or other liens or
La obtención de seguros, o el pago de contribuciones u otra carga o

charges by Lender shall not be a waiver of Lender's right to
gravamen, por el Prestador no constituirá renuncia del derecho del Prestador a

accelerate the maturity of the indebtedness secured by this Mortgage.
acelerar el vencimiento de la deuda garantizada por esta Hipoteca.

—— 12. Remedies Cumulative. All remedies provided in this Mortgage
—— 12. Remedios Cumulativos. Todos los remedios dispuestos en esta Hipoteca

are distinct and cumulative to any other right or remedy under
son independientes de, y cumulativos a, cualquier otro derecho o remedio bajo

this Mortgage or afforded by law or equity, and may be exercised con-
esta Hipoteca u ofrecido por ley o equidad, y podrán ser ejercidos con-

currently, independently or successively. ————
currentemente, independientemente o sucesivamente. ————

—— 13. Successors and Assigns Bound; Joint and Several Liability;
—— 13. Sucesores y Cesionarios Obligados; Responsabilidad Solidaria;

Captions. The covenants and agreements herein contained shall bind,
Títulos. Los pactos y convenios contenidos en la presente obligarán,

and the rights hereunder shall inure to, the respective successors
y los derechos concedidos bajo la presente beneficiarán, a los sucesores

and assigns of Lender and Borrower, subject to the provisions
y cesionarios respectivos del Prestador y del Deudor, sujeto a las disposiciones

of paragraph 17 hereof. All covenants and agreements of Borrower
del párrafo 17 de la presente. Todos los convenios del Deudor

shall be joint and several. The captions and headings of the paragraphs
serán solidarios. Los títulos y epígrafes de los párrafos

of this Mortgage are for convenience only and are not to be used
de esta Hipoteca son para conveniencia únicamente y no serán usados

to interpret or define the provisions hereof. ————
para interpretar las disposiciones de la presente. ————

—— 14. Notice. Except for any notice required under applicable
—— 14. Notificación. Excepto por cualquier notificación que la ley aplicable

law to be given in another manner, (a) any notice to Borrower provided
requiera sea dada de otra manera; (a) toda notificación al Deudor dispuesta

for in this Mortgage shall be given by mailing such notice by certified
en esta Hipoteca será dada enviando dicha notificación por correo certificado

mail addressed to Borrower at the Property Address or at such other
dirigida al Deudor a la Dirección de la Propiedad o a cualquier otra

address as Borrower may designate by notice to Lender as provided
dirección que el Deudor designe por notificación al Prestador según indicado

herein, and (b) any notice to Lender shall be given by certified mail,
en la presente, y (b) toda notificación al Prestador será dada por correo certificado

14

return receipt requested, to Lender's address stated herein or to such
con acuse de recibo a la Dirección del Prestador indicada en la presente o a cualquier

other address as Lender may designate by notice to Borrower as
otra dirección que el Prestador designe por notificación al Deudor según

provided herein. Any notice provided for in this Mortgage
indicado en la presente. Se considerará dada cualquier notificación al Prestador

shall be deemed to have been given to Borrower or Lender when given
o al Deudor si se da

in the manner designated herein.
en la manera dispuesta en la presente.

15. Uniform Mortgage; Governing Law; Severability. This form of
15. Hipoteca Uniforme; Ley que Rige; Separabilidad. Esta forma de

mortgage was developed from mortgage instruments prepared for
hipoteca fue desarrollada a base de instrumentos hipotecarios preparados para

use throughout the United States of America with limited variations
uso a través de los Estados Unidos de América con cambios limitados



by jurisdiction to constitute a uniform security instrument
por jurisdicción con el propósito de constituir un instrumento uniforme de garantía

covering real property. This Mortgage shall be governed by the law of
inmobiliaria. Esta Hipoteca será regida por la ley de

the jurisdiction in which the Property is located. In the event that any
la jurisdicción en la cual esté localizada la Propiedad. En caso de que cualquier

provision or clause of this Mortgage or the Note conflicts with
disposición o cláusula de esta Hipoteca o del Pagaré conflija con

applicable law, such conflict shall not affect other provisions of this
la ley aplicable, dicho conflicto no afectará otras disposiciones de esta

Mortgage or the Note which can be given effect without the
Hipoteca o del Pagaré a las cuales pueda daran efecto sin la

conflicting provision, and to this end the provisions of the Mortgage
disposición conflictiva y, a tal fin, las disposiciones de esta Hipoteca

and the Note are declared to be severable.
y del Pagaré son declaradas separables.

16. Borrower's Copy. Borrower shall be furnished a conformed copy
16. Copia del Deudor. El Deudor será suplido con una copia concordante

of the Note and of this Mortgage within seven (7) days of the date of
del Pagaré y de esta Hipoteca dentro de siete (7) días a partir de la fecha del

execution hereof.
otorgamiento de la presente.

17. Transfer of the Property; Assumption. If all or any part of the
17. Transferencia de Propiedad; Asunción. Si toda o parte de la

Property or an interest therein is sold or transferred by Borrower
Propiedad, o un interés en la misma, es vendido o transferido por el Deudor

15

without Lender's prior written consent, excluding (a) the creation
sin el consentimiento previo por escrito del Prestador, excluyendo (a) la creación

of a lien or encumbrance subordinate to this Mortgage, (b) the crea-
de una carga o gravamen subordinada a esta Hipoteca, (b) la crea-

tion of a purchase money security interest for household appliances,
ción de una garantía del precio de compraventa de enseres del hogar,

(c) a transfer by devise or descent or (d) the grant of any
(c) una transferencia por legado o herencia, o (d) la concesión de un

leasehold interest of three years or less not containing an option
derecho de arrendamiento de tres años o menos que no contenga una opción

to purchase, Lender may, at Lender's option, declare all the sums
de compra, el Prestador podrá, a opción del Prestador, declarar todas las sumas

secured by this Mortgage to be immediately due and payable. Lender
aseguradas por esta Hipoteca inmediatamente vencidas y pagaderas. El Prestador

shall have waived such option to accelerate if, prior to the sale or
habrá renunciado tal derecho de aceleración si, antes de la venta o

transfer, Lender and the person to whom the Property is to be sold
transferencia, el Prestador y la persona a quien la Propiedad ha de ser vendida

or transferred reach agreement in writing that the credit of such
o transferida llegan a un acuerdo por escrito a efectos de que el crédito de dicha

person is satisfactory to Lender and that the interest payable on
persona es satisfactorio al Prestador y de que el interés pagadero

the sums secured by this Mortgage shall be at such rate as
sobre las sumas aseguradas por esta Hipoteca será el tipo que

Lender shall request. The waiver of the option to accelerate
requiera el Prestador. La renuncia por el Prestador a la opción de aceleración

provided in this paragraph 17 by Lender shall not be interpreted as a
dispuesta en este párrafo 17 no será interpretada como un

release from Borrower's obligations under this Mortgage and the Note.
relevo de las obligaciones del Deudor bajo esta Hipoteca y el Pagaré.

If Lender exercises such option to accelerate, Lender
Si el Prestador ejerce dicha opción de aceleración, el Prestador

shall mail Borrower notice of acceleration in accordance with
enviará por correo al Deudor notificación de aceleración de acuerdo con

paragraph 14 hereof. Such notice shall provide a pe-
las disposiciones del párrafo 14 de la presente. Dicha notificación concederá un pe-

riod of not less than thirty (30) days from the date
ríodo de no menos de treinta (30) días a partir de la fecha de

the notice is mailed within which Borrower may pay the sums
envío por correo de la notificación durante el cual el Deudor podrá pagar las sumas

declared due. If Borrower fails to pay such sums prior to the
declaradas vencidas. Si el Deudor dejare de pagar dichas sumas antes de la

16

expiration of such period, Lender may, without further notice or
expiración de dicho período, el Prestador podrá, sin necesidad de notificación o

demand   on   Borrower,   invoke   any   remedies   permitted
requerimiento adicional al Prestador, invocar cualquiera de los remedios permitidos

by paragraph 18 hereof.
por el párrafo 18 de la presente.

18. Acceleration Remedies. Except as provided in paragraph 17
18. Aceleración; Remedios. Excepto según se dispone en el párrafo 17

hereof, upon Borrower's breach of any covenant or agreement of
de la presente, al incumplir el Deudor cualquiera de los pactos o convenios del

Borrower in this Mortgage, including the covenants to pay when due any
Deudor en esta Hipoteca, incluyendo los pactos de pagar a su vencimiento las

sums secured by this Mortgage. Lender prior to acceleration
sumas garantizadas por esta Hipoteca, el Prestador, antes de acelerar su vencimiento,

shall mail notice to Borrower as provided in paragraph 14
enviará por correo notificación al Deudor, según dispuesto en el párrafo 14

hereof specifying (1) the breach; (2) the action re-
de la presente, especificando lo siguiente: (1) el incumplimiento; (2) la acción re-

quired to cure such breach; (3) a date, not less
querida para subsanar dicho incumplimiento; (3) la fecha límite, que no será anterior

than thirty (30) days from the date the notice is mailed to Bor-
a treinta (30) días a partir de la fecha de envío por correo de la notificación al Deu-

rower by which such breach must be cured, and (4)
dor, antes de la cual dicho incumplimiento deberá ser subsanado; y (4)

that failure to cure such breach on or before the date
una indicación de que dejar de subsanar dicho incumplimiento en o antes de la fecha

specified in the notice may result in acceleration
límite especificada en la notificación podrá resultar en la aceleración del vencimiento

of the sums secured by this Mortgage, foreclosure by judicial proceeding
de las sumas garantizadas por esta Hipoteca, ejecución por la vía judicial

and sale of the Property. The notice shall further inform Borrower of the
y la venta de la Propiedad. La notificación informará al Deudor, además, de su

right to reinstate after acceleration and the right to assert
derecho a rehabilitación con posterioridad a la aceleración y de su derecho a aseverar

the non-existence of a default or any other defense of Borrower to
la inexistencia de incumplimiento o cualquier otra defensa del Deudor a la

acceleration and foreclosure in the foreclosure proceeding. If the breach
aceleración o ejecución en cualquier procedimiento de ejecución. Si el incumplimiento

is not cured on or before the date specified in the notice,
no es subsanado en o antes de la fecha límite especificada en la notificación,

Lender at Lender's option may declare all of the sums secured by
el Prestador, a opción del Prestador, podrá declarar todas las sumas garantizadas por

17

this Mortgage to be immediately due and payable without
esta Hipoteca inmediatamente vencidas y pagaderas sin necesidad de

further demand and may foreclose this Mortgage by judicial proceeding.
requerimiento adicional y podrá ejecutar esta Hipoteca por la vía judicial.

Lender shall be entitled to collect in such proceeding all expenses of
El Prestador tendrá derecho a cobrar en dicho procedimiento todos los gastos de

foreclosure, including, but not limited to, attorney's fees, and costs of
ejecución, incluyendo, sin implicar limitación, honorarios de abogado, y el costo de

documentary evidence, abstracts and title reports.
evidencia documentaria, resúmenes y estudio de título.

——— 19. Borrower's Right to Reinstate. Notwithstanding
——— 19. Derecho de Rehabilitación del Deudor. No empece

Lender's acceleration of the sums secured by this Mortgage,
la aceleración por el Prestador de las sumas garantizadas por esta Hipoteca,

Borrower shall have the right to have any proceedings begun by
el Deudor tendrá derecho de paralizar cualquier procedimiento, comenzado por

Lender to enforce this Mortgage discontinued at any time prior to
el Prestador para ejecutar esta Hipoteca, en cualquier momento antes de

entry of a judgement enforcing this Mortgage if: (a) Borrower pays
que se dicte sentencia ejecutando esta Hipoteca si: (a) el Deudor paga

Lender all sums which would be then due under this Mortgage and
al Prestador todas las sumas que estuvieren vencidas bajo esta Hipoteca, y

the Note including advances, if any, had no acceleration occurred;
el Pagaré incluyendo adelantos, si algunos, de no haber ocurrido la aceleración;

(b) Borrower cures all breaches of any other covenants or
(b) el Deudor subsana todos los incumplimientos de cualesquiera otros pactos o

agreements of Borrower contained in this Mortgage; (c) Borrower pays
convenios del Deudor contenidos en esta Hipoteca; (c) el Deudor paga

all reasonable expenses incurred by Lender in enforcing the covenants
todos los gastos razonables incurridos por el Prestador en la ejecución de los pactos

and agreements of Borrower contained in this Mortgage and in enforcing
y convenios del Deudor contenidos en esta Hipoteca y en la ejecución

Lender's remedies as provided in paragraph 18 hereof, including,
de los remedios del Prestador dispuestos en el párrafo 18 de la presente, incluyendo,

but not limited to, attorney's fees; and (d) Borrower takes such action
sin implicar limitación, honorarios de abogado; y (d) el Deudor toma aquella acción

as Lender may reasonably require to assure that the lien of
que el Prestador pueda razonablemente requerir para asegurar que el gravamen de

this Mortgage, Lender's interest in the Property and Borrower's obligation
esta Hipoteca, el interés del Prestador en la Propiedad y la obligación del Deudor

to pay the sums secured by this Mortgage shall continue
de pagar las sumas garantizadas por esta Hipoteca continuarán inalteradas

18

unimpaired. Upon such payment and cure by Borrower, this
adversamente. Al hacer el Deudor dicho pago y subsanar dicho incumplimiento, esta

Mortgage and the obligations secured hereby shall remain in full force
Hipoteca y las obligaciones garantizadas por la misma quedarán en completa fuerza

and effect as if no acceleration had occurred.
y vigor como si no hubiera ocurrido aceleración.

20. Assignment of Rents; Appointment of Receiver. As
20. Cesión de Rentas; Designación de Síndico. Como

additional security hereunder, Borrower hereby assigns to Lender
garantía adicional, el Deudor por la presente cede al Prestador

the rents of the Property, provided that Borrower shall, prior to
las rentas de la Propiedad, disponiéndose que el Deudor, antes de

acceleration under paragraph 18 hereof or abandonment of the
aceleración de vencimiento bajo el párrafo 18 de la presente o abandono de la

Property, have the right to collect and retain such rents
Propiedad, tendrá el derecho de cobrar y retener dichas rentas

as they become due and payable.
según venzan y sean pagaderas.

Upon acceleration under paragraph 18 hereof or abandonment of
Al ocurrir una aceleración bajo el párrafo 18 de la presente o el abandono de

the Property, Lender shall be entitled to have a receiver appointed by a
la Propiedad, el Prestador tendrá derecho a que se designe por un

court to enter upon, take possession of and manage the Property and
tribunal un síndico, que entre, tome posesión de y administre la Propiedad y

to collect the rents of the Property including those past due. All
que cobre las rentas de la Propiedad incluyendo las anteriormente vencidas. Todas

rents collected by the receiver shall be applied first to payment of the
las rentas cobradas por el síndico, serán aplicadas primero al pago de los

costs of management of the Property and collection of rents, including,
gastos de administración de la Propiedad y del cobro de las rentas incluyendo,

but not limited to, receiver's fees, premiums on receiver's bonds
sin que implique limitación, a los honorarios del síndico, primas de la fianza del síndico

and attorney's fees, and then to the sums secured by this Mortgage.
y honorarios de abogado, y luego a las sumas garantizadas por esta Hipoteca.

The receiver shall be liable to account only for those rents
El síndico será responsable de rendir cuentas únicamente respecto a las rentas

actually received.
realmente recibidas.

21. Release. Upon payment of all sums secured by this
21. Descargo. Una vez pagadas todas las sumas garantizadas por esta

Mortgage, Lender shall release and cancel this Mortgage at
Hipoteca, el Prestador desvargará y cancelará esta Hipoteca por

-19-

Borrower's expense, or, at Borrower's option, endorse the Note "for
cuenta del Deudor o, a opción del Deudor, endosará el Pagaré "para

cancellation only" without charge to Borrower.
cancelación únicamente" sin cargo al Deudor.

FIFTH: The Property.
QUINTO: La Propiedad.

The description of the mortgaged Property is:
La descripción de la Propiedad es la siguiente:

contained at page 20a of this mortgage deed.

together with all the structures, improvements now or hereafter
junto con todas las estructuras, mejoras actuales o futuras

erected on the Property and all easements, rights, appurtenances and
en la Propiedad y todas las servidumbres, derechos, pertenencias y

rents, and all fixtures now and hereafter attached to the Property,
rentas, y todos los muebles actualmente o en el futuro adheridos a la Propiedad,

all of which, including replacements and additions thereto shall be
todos los cuales, incluyendo los que los reemplacen o se le añadan en el futuro, serán

deemed to be and remain a part of the Property covered by this
considerados como parte de la Propiedad cubierta por esta

Mortgage.
Hipoteca.

The Property is recorded at
La Propiedad está inscrita al

the page and volume indicated in page twenty "a"
(20a) of this deed.

20

--- "URBANA: Parcela de terreno que se identifica como el solar número treinta y seis (36) del bloque 'A' de la Urbanización Monte Real, sita en el Barrio Algarrobo del Municipio de Guayama, Puerto Rico, con una cabida superficial de trescientos punto cero cero (300.00) metros cuadrados. En lindes por el NORTE, con el solar 'A' guión treinta y cinco (A-35); por el SUR, con el solar 'A' guión treinta y cuatro (A-34); por el ESTE, con la calle número dos (2); y por el OESTE, con el solar número 'A' guión uno (A-1). Enclava una casa."

--- The above described property is recorded in favor of Yadira Vargas Tirado, single, as per deed number two hundred twenty two (222), executed in San Juan, Puerto Rico, on March eiht (8), two thousand two (2002), before Notary Public Angel L. Rolán Prado, recorded at page forty eight (48) of volume four hundred sixty two (462) of Guayama, Registry of the Property of Guayama, property number sixteen thousand one hundred thirteen (16,113), third (3rd) inscription.

--- The above referenced property is subject to easements and to restrictive covenants as they arise from the Registry of the Property.



--- The above referenced property is subject to a mortgage in favor of Sana Investment Mortgage Bankers, or its order, for the principal amount of seventy nine thousand three hundred seventy three dollars ($79,373.00), as per deed number two hundred twenty three (223), executed in San Juan, Puerto Rico, on March eight (8), two thousand two (2002), before Notary Public Angel L. Rolán Prado, recorded at page forty eight (48) of volume four hundred sixty two (462) of Guayama, Registry of the Property of Guayama, property number sixteen thousand one hundred thirteen (16,113), fifth (5th) inscription.

20a

SIXTH: Value of the Property.
SEXTO: Valor de la Propiedad.

Pursuant to the provisions of the Mortgage and Property
En cumplimiento de las disposiciones de la Ley Hipote-

Registry Act of Puerto Rico, Lender and Borrower value the
caria y del Registro de la Propiedad de Puerto Rico, el

Property at an amount equal to the original principal
Prestador y el Deudor tasan la propiedad en una cantidad

amount of the Note secured by this mortgage, which value
equivalente al principal original del Pagaré garantizado

shall serve as lowest bid at the first auction in the
por esta hipoteca, cuyo valor servirá como tipo mínimo

event of foreclosure.
en la primera subasta en caso de ejecución.

SEVENTH: Appearing Parties ("Borrower").
SEPTIMO: Comparecientes ("Deudor").

The appearing borrower is: YADIRA VARGAS
TIRADO, Social Security number ███████ of
legal age, single, property owner and resident of
Guayama, Puerto Rico.

21

EIGHT; LENDER: The Lender to which order the Note guaranteed by this Mortgage has
OCHO: PRESTADOR: El Prestador a favor del cual se ha expedido el Pagaré garantizado

been issued is POPULAR MORTGAGE, INC., a corporation existing and organized under the
por esta hipoteca es POPULAR MORTGAGE, INC., una corporación existente y organizada

laws of the Commonwealth of Puerto Rico, domiciled in the City of San Juan, Commonwealth
bajo las leyes del Estado Libre Asociado de Puerto Rico, con domicilio en la Ciudad de San

of Puerto Rico, with employer's Social Security number
Juan, Puerto Rico, con número de Seguro Social patronal

NINTH: Waiver of Homestead Rights.
NOVENO: Renuncia de Hogar Seguro.

Borrower hereby waives, in favor of the Lender, to the
El Deudor por la presente renuncia, a favor del Prestador, hasta el

fullest extent allowed by law, all homestead and similar rights
límite permitido por ley, todos sus derechos de hogar seguro y derechos similares

conferred upon Borrower by any law, including, without limitation,
conferidos al Deudor por cualquier ley incluyendo, sin implicar limitación,

the provisions of the Puerto Rico Right of Homestead (31 L.P.R.A.
las disposiciones sobre Derecho de Hogar Seguro de Puerto Rico (31 L.P.R.A.

§§ 1851-1857)
§§ 1851-1857).

TENTH: Property Address. The Property Address shall be
DECIMO: Dirección de la Propiedad. La Dirección de la Propiedad será

the address stated in the Note or the Property Address
la dirección indicada en el Pagaré como Dirección de la Propiedad.

*ACCEPTANCE*
*ACEPTACION*

The appearing parties accept this Deed in its entirety and I, the
Los comparecientes aceptan esta Escritura en su totalidad y yo, el

Notary, made to the appearing parties the necessary legal warnings
Notario, hizo a los comparecientes las advertencias legales pertinentes

concerning the execution of the same. I, the Notary, advised the
relativas a su otorgamiento. Yo, el Notario, advertí a los

appearing parties as to their right to have witnesses present at this
partes comparecientes de su derecho de tener testigos presentes a este

execution, which right they waived. The appearing parties having
otorgamiento, a cuyo derecho renunciaron. Habiendo los comparecientes

read this Deed in its entirety, fully ratify and confirm the
leído esta Escritura en su totalidad, la ratifican totalmente y confirman que las

statements contained herein as the true and exact embodiment of their
declaraciones contenidas en la misma reflejan fiel y exactamente sus

stipulations, terms and conditions. Whereupon the appearing parties
estipulaciones, términos y condiciones. En cuya virtud los comparecientes

signed this Deed, before me, the Notary, and signed their initials on
firman esta Escritura ante mí, el Notario, y firman sus iniciales en

22

each and every page of this deed.
todas y cada una de las páginas de esta escritura

---- The appearing parties hereby acknowledge that the
--- Las partes comparecientes reconocen que el

authorizing notary warned them that the fact that
notario autorizante les advirtió de que, el hecho que

from the proceeds of the mortgage loan a sufficient
del producto del préstamo hipotecario se retenga una

amount is withheld to pay off the lien(s) that
cantidad suficiente para pagar la(s) hipoteca(s) que

encumber the property subject of this transaction, y
grava(n) la propiedad objeto de esta transacción, y

and that a check is issued in payment thereof, which
de que se expida un cheque para efectuar el pago, el

check should be forwarded to the mortgage creditor
cual deberá ser remitido al acreedor hipotecario, con

with the purpose of canceling the original
el propósito de que sea(n) cancelada(s) la(s)

mortgage(s) encumbering the property, is not an
hipoteca(s) original(es) que grava(n) la propiedad,

absolute guarantee that in fact this will be done.
no constituye una garantía absoluta de que ello así

likewise, the appearing parties acknowledge that the
será hecho. Asimismo, las partes comparecientes

authorizing notary advised them of their right to
reconocen que el notario autorizante les advirtió del

demand that the referred mortgage(s) lien(s) be
derecho a exigir que la(s) referida(s) hipoteca(s)

cancelled in this same act; and that if they
original(es) sea(n) cancelada(s) en este mismo acto;

voluntarily waive such right, they are warned and are
y que, de renunciar voluntariamente a dicho derecho,

made aware of the consequences and risks if said
queda(n) advertido(s) y consciente(s) de los riesgos

lien(s) is (are) not cancelled. The mortgage debtors
y consecuencias de que no se cancele(n). Los

hereby freely and voluntarily WAIVE such right, after
deudores hipotecarios por la presente RENUNCIAN libre

being made aware of the consequences of such waiver
y voluntariamente a dicho derecho, siendo conscientes

as per the advises and warnings of the authorizing
de las consecuencias de dicha renuncia, conforme las

notary.-------------------------------------------------
advertencias del notario autorizante.-----------------



23

---El Notario informó a los COMPARECIENTES que
---The authorizing Notary informed the appearing parties that

la(s) hipoteca(s) que actualmente grava(n) el
the mortgage(s) loan(s) encumbering the property

inmueble objeto de esta transacción, será(n)
object of this transaction, will be pay with the product of

pagada(s) con el producto del préstamo hipotecario
this mortgage loan and the correspondent(s) Mortgage(s)

y que dicho(s) gravamen(es) correspondiente(s)
L i e n ( s )    w i l l    b e    c a n c e l l e d

será(n) cancelado(s) con posterioridad
subsequent to this act, by a particular entity

a este acto, por una entidad particular
selected by the Lender (Mortgage Creditor),

seleccionada por el ACREEDOR HIPOTECARIO, por lo
and therefore the appearing parties,

que los otorgantes expresamente
releaves the authorizing Notary of all

relevan al Notario de toda
responsability in reference to such

responsabilidad respecto a las referidas
cancellations.

cancelaciones.

---- At this stage of the execution, I clarify that
En este estado de los procedimientos, aclaro

do not personally know the mortgagor(s), and as
que no conozco personalmente al (a los) deudor(es)

provided for by the provisions of the Notarial Law y
según establecido en las disposiciones de la Ley Notarial

in force, he/she (they) has(have) been identified
vigente, él/ella(ellos) ha(n) sido identificado(s) por

by the corresponding driver license(s), issued by
la(s) correspondiente(s) licencia(s) de conducir expedidas por

the Department of Transportation and Public Works
el Departamento de Transportación y Obras Públicas

of the Commonwealth of Puerto Rico, which contains
del Estado Libre Asociado de Puerto, que contiene(n)

photograph and signature, number(s) ▮▮▮▮▮▮▮
foto y firma, número(s)

---- As to the foregoing, as well as to everything
----De ello, así como de todo lo consignado

that is stated or contained herein in this
o referido en esta instrumento público, el

instrument which I seal, mark, flourish and sign, I,
cual firmo, signo, sello y rubrico, Yo, el Notario,

the Notary, ATTEST AND CERTIFY.----------------------------
DOY FE.------

I hereby certify that the foregoing
document is a true and exact reproduction of the
original which I have before me and
the foregoing.

NOTARY PUBLIC

MANUEL E. MALDONADO PEREZ
PUERTO RICO
ABOGADO-NOTARIO

25

---El mismo día y en el lugar de su otorgamiento expedí primera copia certificada a favor de Popular Mortgage, Inc., Doy Fe.

FCO. 16113
Guaynabo.

NOTARIO PÚBLICO

849
C047
1-sept-2011
8:53

---ESCRITURA NÚMERO: CIENTO TREINTA Y OCHO (138) ---

---------MODIFICACION DE HIPOTECA ----------

----En la Ciudad de San Juan, Puerto Rico, a veintiocho (28) de junio de dos mil once (2011). -

------------------ANTE MÍ ------------------

----CARLOS O. BERMUDEZ MONROIG, mayor de edad, casado, abogado y vecino de Guaynabo, Puerto Rico y con oficina en la ciudad de San Juan, Puerto Rico, ----------------------------

-------------------COMPARECEN ------------------

----DE LA PRIMERA PARTE: YADIRA VARGAS TIRADO, mayor de edad, soltera, propietaria y vecina de Guayama, Puerto Rico, y a quien en adelante se denominará como EL DEUDOR HIPOTECARIO.

----Y DE LA SEGUNDA PARTE: POPULAR MORTGAGE, INC., una institución bancaria, organizada y existentes bajo las leyes del Estado Libre Asociado de Puerto Rico, representada en este acto por Guillermo Pérez Padró, mayor de edad, soltero, propietario y vecino de San Juan, Puerto Rico, autorizado para esta comparecencia quien acredita sus facultades mediante Resolución del dieciocho (18) de mayo de dos mil once (2011) ante el Notario Jorge A. Rivera Febres, Afidávit cuatrocientos noventa (490) (en adelante denominada EL ACREEDOR HIPOTECARIO). ----

---------------------DOY FE --------------------

----De conocer personalmente a los comparecientes, y por sus dichos las doy de sus circunstancias personales. Los comparecientes me aseguran tener y a mi juicio tienen la capacidad legal necesaria para comparecer en este

16113 G

1

instrumento público, y en tal virtud, libre y voluntariamente. ------------------------------------

--------------------- EXPONEN ----------------------

---PRIMERO: El Deudor Hipotecario es dueño en pleno dominio de la propiedad que se describe a continuación: ---------------------------------

---"RUSTICA: Parcela de terreno que se identifica como numero.treinta y seis (36) del bloque "A" de la Urbanización Monte Real, sita .el Barrio Algarrobo del Municipio de Guayama, Puerto Rico, con una .cabida superficial de trescientos (300) metros cuadrados. En lindes por el Norte, con el numero treinta y cinco (35) A; por el Sur, con el solar numero treinta y cuatro (34) A; por el Este, con la calle numero dos (2) y por el Oeste, con el solar numero uno (1) A. "Enclava la casa".-

---Finca número 16,113 inscrita al Tomo de hoja móvil 446 de Guayama, Registro de la Propiedad de Puerto Rico, (el "Registro"). -------------------

---SEGUNDO: Adquirió el Deudor Hipotecario la propiedad inmueble anteriormente relacionada según consta de la escritura número doscientos veintidós (22), otorgada en San Juan, Puerto Rico, el ocho (8) de marzo de dos mil dos (2002), ante el notario público Ángel L. Roldan Padro, presentada e inscrita al folio 48 del tomo 462 de Guayama, finca número 16,113, inscripción tercera (3era) del Registro. ----------

---TERCERO: El veinte cuatro (24) de marzo de dos mil cinco (2005), el Deudor Hipotecario otorgó hipoteca en garantía de pagaré sobre la propiedad inmueble descrita en el PARRAFO PRIMERO de esta escritura a favor de de Popular Mortgage, Inc. o a su orden, por la suma de OCHENTA Y TRES MIL SEISIENTOS DÓLARES ($83,600.00), devengando intereses al CINCO punto cincuenta por ciento (5.50%) anual y

2

venciendo el primero (1ro) de abril de dos mil treinta y cinco (2035), garantizado por hipoteca, según surge de la escritura número ciento veintiséis (126) otorgada en Guayama, Puerto Rico, en la misma fecha y ante el notario público Manuel E. Maldonado Perez, presentada e inscrita al folio 48 del tomo 462 del Registro. ----

----CUARTO: Las partes comparecientes han acordado modificar, y por la presente modifican, el pagaré hipotecario al que se ha hecho referencia en el PÁRRAFO TERCERO precedente, de la siguiente forma: ------------

----a. Se MODIFICA Y SE CANCELA PARCIALMENTE el principal del pagaré por la cantidad de CINCO MIL CUATROCIENTOS OCHENTA Y OCHO DÓLARES CON CINCUENTA Y UN CENTAVOS ($5,488.51) para que de ahora en adelante refleje el balance de principal por la suma de SETENTA Y NUEVE MIL CIENTO ONCE DÓLARES CON CUARENTA Y NUEVE CENTAVOS ($79,111.49). ------------

----b. Se MODIFICA el pago mensual por concepto de principal e intereses por la suma de CUATROCIENTOS OCHENTA Y OCHO DÓLARES CON VEINTITRES TRES CENTAVOS ($488.23) comenzando el día primero (1ero.) de AGOSTO del año dos mil once (2011). ------------

----c. Se MODIFICA el vencimiento del último pago en concepto de principal e intereses a vencer el día primero (1ero.) de AGOSTO del año dos mil treinta y cinco (2035). ------------

----d. El tipo mínimo para la primera subasta en caso de ejecución será de ahora en adelante por la cantidad de SETENTA Y OCHO MIL CIENTO ONCE

3

DÓLARES CON CUARENTA Y NUEVE CENTAVOS ($78,111.49). --------------------------------------

----QUINTO: A los efectos arriba consignados, quedan enmendados tanto el pagaré hipotecario como la hipoteca que lo garantiza. Todas las demás condiciones quedan en todo efecto y vigor sin cambios de naturaleza alguna. ------------------

----Manifiestan las partes comparecientes que es su intención que la modificación que se constituye mediante esta escritura NO REPRESENTE NOVACIÓN de los términos y condiciones previamente pactados. -----------------------------

----SEXTO: En esta etapa de este otorgamiento, el Acreedor Hipotecario me exhibe y me entrega a mí, el notario, el original del Pagaré Hipotecario, y yo, el notario, doy fe que tuve en mis manos el referido pagaré y que examiné el Pagaré Hipotecario, y que éste es el pagaré que se describe en la parte expositiva de esta escritura y que todo parece indicar que el Acreedor Hipotecario es el único tenedor del Pagaré Hipotecario, bajo la convicción de que el Acreedor Hipotecario es el tenedor del referido pagaré, yo, el notario, le hago entrega del mismo al Acreedor Hipotecario. Yo, el Notario, certifico que he colocado la siguiente inscripción sobre el Pagaré Hipotecario, y después de hacerlo lo he devuelto al Acreedor Hipotecario: ---------------------------

-----------------------"ALLONGE ----------------

----PRESTAMO NUMERO: ▓▓▓▓▓ ---------------

----CANTIDAD ORIGINAL: $83,600.00 ---------------

----CANTIDAD MODIFICADA: $78,111.49 -------------

4

---DEUDOR (ES): YADIRA VARGAS TIRADO ---------------

---Se modifica este pagaré según Escritura
número ciento treinta y ocho (138) sobre
Modificación de Hipoteca, otorgada en San Juan,
Puerto Rico, el día veintiocho (28) de junio de
dos mil once (2011) ante el Notario Público
Carlos O. Bermúdez Monroig, como sigue: -----------

---a. Se MODIFICA Y SE CANCELA PARCIALMENTE el
principal del pagaré por la cantidad de CINCO
MIL CUATROCIENTOS OCHENTA Y OCHO DÓLARES CON
CINCUENTA Y UN CENTAVOS ($5,488.51) para que de
ahora en adelante refleje el balance de
principal por la suma de SETENTA Y NUEVE MIL
CIENTO ONCE DÓLARES CON CUARENTA Y NUEVE
CENTAVOS ($79,111.49). -----------------------------

---b. Se MODIFICA el pago mensual por concepto
de principal e intereses por la suma de
CUATROCIENTOS OCHENTA Y OCHO DÓLARES CON
VEINTITRES TRES CENTAVOS ($488.23) comenzando el
día primero (1ero.) de AGOSTO del año dos mil
once (2011). ---------------------------------------

---c. Se MODIFICA el vencimiento del último pago
en concepto de principal e intereses a vencer el
día primero (1ero.) de AGOSTO del año dos mil
treinta y cinco (2035). ----------------------------

---d. El tipo mínimo para la primera subasta en
caso de ejecución será de ahora en adelante por
la cantidad de SETENTA Y OCHO MIL CIENTO ONCE
DÓLARES CON CUARENTA Y NUEVE CENTAVOS
($78,111.49). --------------------------------------

---Aparece el sello y la firma del Notario." ------

5

---SÉPTIMO: Luego de lo antes indicado, he devuelto a su tenedor el original del pagaré con el "ALLONGE". ------------------------------

------------------ADVERTENCIA ------------------

----Yo, el Notario, DOY FE de haberle hecho a los comparecientes las reservas y advertencias legales pertinentes relativas a este otorgamiento. --------------------------

----Yo, el Notario, DOY FE de haberle advertido al Deudor Hipotecario que si sin el previo consentimiento del Acreedor Hipotecario se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Acreedor Hipotecario podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por la Hipoteca. Sin embargo, el Acreedor Hipotecario no ejercerá esta opción en caso que la Ley Aplicable la prohíba. -----------------

---Si el Acreedor Hipotecario ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. El aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por la Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Acreedor Hipotecario podrá invocar cualquier remedio permitido por la Hipoteca, sin más aviso o requerimiento al Deudor. ----------------------------

6

----Toda notificación dada por el Deudor o el Acreedor Hipotecario con relación a la Hipoteca será por escrito. Cualquier notificación hecha al Deudor con relación a la Hipoteca se estimará haber sido dada al Deudor cuando se envíe por correo de primera clase o cuando de hecho se entregue a la dirección notificada por el Deudor si se envía por cualquier otro medio. La notificación a cualquier Deudor constituirá notificación a todos los Deudores, salvo que la Ley Aplicable expresamente disponga otra cosa. La dirección para notificaciones al Deudor será la dirección de la Propiedad a menos que el Deudor haya designado una dirección de notificación sustituta mediante notificación al Acreedor Hipotecario. El Deudor notificará prontamente al Acreedor Hipotecario su cambio de dirección. Si el Acreedor especifica un procedimiento para informar un cambio de dirección del Deudor, el Deudor informará el cambio de dirección únicamente mediante ese procedimiento especificado por el Acreedor Hipotecario. En todo momento podrá haber solamente una dirección designada para notificaciones bajo la Hipoteca. Cualquier notificación al Acreedor Hipotecario será dada entregándola o enviándola por correo de primera clase a la dirección del Acreedor salvo que el Acreedor Hipotecario haya designado otra dirección mediante notificación al Deudor. Ninguna notificación con relación a la Hipoteca se considerará hecha al Acreedor Hipotecario hasta que sea recibida por éste. Si cualquier notificación requerida en la Hipoteca es también

7

requerida por la Ley Aplicable, el requerimiento de la Ley Aplicable satisfará el requisito correspondiente bajo la Hipoteca.—————————

————————————LECTURA————————

————Los comparecientes han leído y consienten esta escritura manifestando quedar bien enterados de su contenido y ratificándose en lo pactado.—————————————————

————————ACEPTACIÓN Y OTORGAMIENTO——————— Hechas por mí, el NOTARIO, las advertencias de Ley y leída la Escritura por los otorgantes, éstos la aceptan por encontrarla conforme a su voluntad, se ratifican en la misma y la otorgan ante mí, iniciando todos sus folios en el margen y firmándola.————————————

————DE TODO LO CUAL, así como de todo lo demás que aseguro o refiero en este Instrumento Público, Yo, el NOTARIO, DOY FE.——————————

CERTIFICO: Que se han cancelado y adherido en la escritura original los correspondientes sellos de Rentas Internas y del impuesto notarial con el sello del(a) Notario Autorizante; que en la escritura original aparecen las iniciales de los otorgantes en todos y cada uno de los folios, así como el sello y la rúbrica del(a) Notario Autorizante y las firmas de los otorgantes, así como el sello, signo, firma y rúbrica del(a) Notario Autorizante al final de la misma; Que la que precede es Primera copia fiel y exacta de su original número CIENTO TREINTA Y OCHO (138) que consta de OCHO (8) folios y que obra en el protocolo de Instrumentos Públicos a mi cargo del año en curso, al cual le remito, y la cual expido a solicitud de la parte interesada en San Juan, Puerto Rico, el día veintiocho (28) del mes de junio de dos mil once (2011). DOY FE.--------------

CARLOS O. BERMÚDEZ MONROIG
NOTARIO PÚBLICO

Hecha la Modificación por nota marginal 8 nol al folio 71 del tom 470 de Guayama, finca 16113, en gayson a 24 de mayo de 202
Derecho: $26.50

Registrador

Exhibit III

~ sánchez-rublo title group, inc. p.s.c.

P.O. Box 364012 San Juan PR 00936-4012
(787) 788.4321
fax 788.0358
e mail daxsanchezrublo@gmail.com

estudio de título

M&T   MARTÍNEZ & TORRES LAW OFFICES, P.S.C.

Att: Miguel Vélez Báez

CASO:   YADIRA VARGAS TIRADO                    Expediente No. 41436

FINCA:   No. 16113, Inscrita al folio 48 del tomo 462 de Guayama.
Registro de la Propiedad, Sección de Guayama.

DESCRIPCIÓN:

URBANA: Parcela de terreno que se identifica como el solar No. 36 del Bloque "A" de la
URBANIZACIÓN MONTE REAL, sita en el Barrio Algarrobo del Municipio de Guayama, Puerto
Rico, con una cabida superficial de 300.00 metros cuadrados. En lindes por el Norte, con el solar
No. A-35; por el Sur, con el solar No. A-37; por el Este, con la Calle No. 2; y por el Oeste, con el
solar No. A-11. En la finca antes descrita enclava una estructura de hormigón para uso residencial.

TRACTO REGISTRAL: Se segrega de la finca No. 14923, inscrita al folio 253 del tomo 417 de
Guayama.

DOMINIO:

CONSTA inscrita a favor de YADIRA VARGAS TIRADO, mayor de edad, soltera, propietaria y
vecina de Cayey, quien adquiere por título de compraventa de César Chirón Santiago y su esposa
Liliana López Pérez, por el precio de $80,000.00, mediante escritura No. 222, otorgada en San Juan
el 8 de marzo del 2002, ante Ángel L. Rolán Prado, inscrita al folio 48 del tomo 462 de
Guayama, finca No. 16113, inscripción 3ª.

GRAVÁMENES:

1.   Por su procedencia está afecta a:
     a. Servidumbres, b, Condiciones Restrictivas sobre uso y edificación.

2.   HIPOTECA: Por la suma principal de $83,000.00 en garantía de un pagaré a favor de
     DORAL FINANCIAL CORPORATION, haciendo negocios como, H.F. MORTGAGE
     BANKERS, o a su orden, con intereses al 4.875% anual y vencimiento el 1ro. de marzo del
     2010, tasada en $83,000.00, constituida mediante escritura No. 62 otorgada en San Juan el
     23 de febrero del 2005, ante Ricardo A. Ceballos Delerme, inscrita al folio 48 del tomo 462
     de Guayama, finca No. 16113, inscripción 6ª.

3.   HIPOTECA: Por la suma principal de $83,600.00 en garantía de un pagaré a favor de
     POPULAR MORTGAGE, INC., o a su orden, con intereses al 5.50% anual y vencimiento
     el 1ro. de abril del 2035, tasada en $83,600.00, constituida mediante escritura No. 126
     otorgada en Guayama el 24 de marzo del 2005, ante Manuel E. Maldonado, inscrita al
     folio 71 del tomo 470 de Guayama, finca No. 16113, inscripción 8a.

     Modificación:   La hipoteca relacionada ad-supra ha sido modificada, compareciendo La
     Titular y Popular Mortgage, Inc., en cuanto al principal que será ahora por $78,111.49, y su
     vencimiento será para el 1ro. de agosto del 2035, tasada en $78,111.49, todo mediante
     escritura No. 138 otorgada en San Juan el 28 de junio del 2011, ante Carlos O. Bermúdez
     Monroig, anotada al margen del folio 71 del tomo 470 de Guayama, finca No. 16113.

REVISADOS:   Registros de embargos estatales, sentencias, contribuciones federales y bitácora
electrónica.

NOTA: Debido al Sistema de Bitácora Electrónica utilizado en esta Sección, no podemos certificar que exista
algún documento adicional relacionado con esta finca. Este documento es para uso exclusivo e intransferible de la
institución peticionaria. Los Registros Auxiliares (Embargos y Sentencias) fueron cotejados bajo el nombre que
aparece en el epígrafe de "Dominio" y/o documentos pendientes de inscripción, no somos responsables de
alguna combinación de los nombres, ya que el Sistema Karibe anota los nombres bajo diferentes y múltiples
combinaciones.

7 de octubre del 2016.

## REGISTRO DE LA PROPIEDAD DE GUAYAMA

HON. FRANCISCO J. RODRIGUEZ JUARBE

Telefono 787-866-0224

BP

| ENTRADA Nº: | 6202 | | Del año 2005 |
| ASIENTO Nº : | 916 | Diario 621 | |
| Presentado el día 03/08/2005 | | | a las 08:51 |

Presentante
SIERRA, JOE

Interesado : POPULAR MORTGAGE, INC.,

Naturaleza : Escritura publica          Objeto : HIPOTECA

Escritura 126 de 24/03/2005
MANUEL E. MALDONADO PEREZ
Dir: APARTADO 9024040, SJ, PR 00902

TARJETA POSTAL

| Concepto | Nº Serie | Fecha Emisión | | Colecturia |
| Asiento de Presentac | 004ADEM4F0AA | 22/04/2005 | 117 | 10¢ |
| Código Politico | A11131773 | 03/08/2005 | | 0.58 |
| Inscripción | 004ADEM4F0TA | 22/04/2005 | 117 | 20¢8 |



VTRA / FAX: 724-0300
Nombre del Presentante y su Número, Dirección, Teléfono y Fax.

FIRMA DEL PRESENTANTE          FIRMA DEL TECNICO DEL REGISTRO

NOTA: DE NECESITAR MAS ESPACIO, AL DORSO O EN HOJA ADICIONAL

YADIRA VARGAS TIRADO PMI // ... REGISTRO DE GUAYAMA/BEC



## MFR Modification Payment History for Filing

**SPS** SELECT Portfolio SERVICING, Inc.

| Preparation Date: | 12/05/19 |
| Prepared by: | Deepa |

### Loan Information:

| | |
|---|---|
| Loan Number | XXXXXX1605 |
| Debtors Name - 1 | YADIRA VARGAS-TIRADO |
| Debtors Name - 2 | |
| Property Address | A-36 2TH ST MONTE REAL DE |
| Property State | PR |

### Bankruptcy Information:

| | |
|---|---|
| Bankruptcy Case # | 16-08946 |
| Filing Date: | 11/9/2016 |
| Person filing: | M1 |
| Number of previous filings: | 2 |

### Post petition due

| | | |
|---|---|---|
| Post petition due date: | 10/01/19 | **Comment** |
| Post petition $$$ due: | $1,327.11 | |
| Post petition insurance: | $0.00 | Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments. |
| Post petition taxes: | $0.00 | |
| Total Post petition due | **$1,327.11** | |

### Post-Petition Modification Payment History Detail

| Post pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
|---|---|---|---|---|
| 04/22/19 | 04/01/19 | $393.27 | $393.27 | |
| 06/24/19 | 05/01/19 | $393.27 | $393.27 | |
| 09/30/19 | 06/01/19 | $393.27 | $800.00 | |
| | 07/01/19 | $393.27 | | |
| 10/23/19 | 08/01/19 | $393.27 | $400.00 | |
| 12/03/19 | 09/01/19 | $393.27 | $400.00 | |
| DUE | 10/01/19 | $393.27 | 0.00 | |
| DUE | 11/01/19 | $480.38 | 0.00 | |
| DUE | 12/01/19 | $480.38 | 0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Due** | | **$3,713.65** | | |

Department of Defense Manpower Data Center

Results as of : Dec-10-2019 10:43:52 AM

SCRA 5.2



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

*Exhibit V*

SSN:            XXX-XX-1126
Birth Date:
Last Name:     VARGAS TIRADO
First Name:    YADIRA
Middle Name:
Status As Of:  Dec-10-2019
Certificate ID: 086D8NT207GKHKB

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.