IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 16-08946 BKT |
| YADIRA VARGAS TIRADO | CHAPTER 13 |
| DEBTOR | |

**REPLY TO *TRUSTEE'S MOTION TO DISMISS* DOCKET NO. 152 AND DEBTOR'S REQUEST FOR EXTENSION OF TIME TO CURE BALANCE IN PLAN ARREARS**

TO THE HONORABLE COURT:

**COMES NOW, YADIRA VARGAS TIRADO,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 152, stating that the Debtor is in arrears in the Plan payments in the sum of $1,500.00, thus, requesting the dismissal of the present case for failure to maintain current the confirmed Plan payments.

2. That the Debtor respectfully states on September 25, 2020, the Debtor made three (3) payments to the Plan, each in the sum of $300.00, for a total paid-in of $900.00. The Debtor respectfully admits that the Plan payments are still in arrears, and that the balance in arrears is the sum of $600.00 or two (2) payments of $300.00. See attached *Financial Summary Report*, dated 09/29/2020, which reflects the aforestated 09/25/2020 Plan payments.

3. The Debtor respectfully submits that she is in the process of obtaining the funds to cure said confirmed Plan arrears, in the present case.

4. That the Debtor respectfully requests additional time within to obtain the funds to cure the Plan arrears in the present case.

5. Based on the aforementioned, the Debtor respectfully requests an extension of time of thirty (30) days within to cure the Plan arrears in the present case. This extension of time to expire on October 29, 2020.

Page – 2-
Debtor's Reply to Trustee's Motion to Dismiss
and Request for Extension of Time
to Cure Plan Arrears
Case no. 16-08946 BKT13

**WHEREFORE,** the Debtor respectfully requests that for the above stated reasons this Honorable Court grant the present motion an grant the requested extension of time to cure the balance in the Plan arrears, as stated by the Chapter 13 Trustee in his motion to dismiss, Docket No. 152, in the above captioned case.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee and to all CM/ECF participants; and also I certify that I have mailed by United States Postal Service copy of this motion to the following CM/ECF non-participants: the Debtor, Yadira Vargas Tirado, HC 43 Box 12141 Cayey PR 00736.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 29th day of September, 2020.

/s/***Roberto Figueroa Carrasquillo***
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 787-963-7699
FAX 787-746-5294
EMAIL: rfc@rfigueroalaw.com



Print Page  Printer Friendly

## FINANCIAL SUMMARY - CASE 16-08946

YADIRA VARGAS TIRADO paying **$300.00** MONTHLY

Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All

Limits: Select Start Date | Select Claim ID | Select Payee Name | Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 9/25/2020 | | | 000000000004861 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 9/25/2020 | | | 000000000004852 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 9/25/2020 | | | 000000000004843 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 5/27/2020 | | | 000000000002602 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 4/29/2020 | | | 000000000003095 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 3/26/2020 | | | 000000000000371 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 2/5/2020 | | | 000000000005120 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 2/5/2020 | | | 000000000005131 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 12/2/2019 | | | 000000000007425 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 10/22/2019 | | | 000000000000594 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 9/10/2019 | | | 000000000007206 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $600.00 | | |
| 7/22/2019 | | | 000000000003901 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 7/5/2019 | | | 000000000002985 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 5/24/2019 | | | 000000000000507 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 5/21/2019 | | | 000000000007111 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 2/19/2019 | | | 000000000009285 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 1/23/2019 | | | 000000000005796 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 12/24/2018 | | | 000000000001028 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 11/30/2018 | | | 000000000008477 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 10/23/2018 | | | 000000000005028 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 9/25/2018 | | | 000000000003817 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 9/10/2018 | | | 000000000004621 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 8/6/2018 | | | 000000000006915 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 7/19/2018 | | | 000000000003406 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $501.44 | | |
| 6/4/2018 | | | 000000000002746 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 5/7/2018 | | | 000000000001398 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $398.56 | | |
| 4/9/2018 | | | 000000000000922 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 2/20/2018 | | | 000000000006258 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 1/31/2018 | | | 000000000009394 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 12/27/2017 | | | 000000000004723 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 12/11/2017 | | | 000000000008288 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 12/4/2017 | | | 000000000009198 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 11/3/2017 | | | 000000000002810 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 9/21/2017 | | | 000000000005744 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 8/22/2017 | | | 000000000005060 | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 7/31/2017 | | | 000000000007137- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 6/30/2017 | | | 000000000004840- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 4/28/2017 | | | 000000000005715- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 4/3/2017 | | | 000000000005136- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 2/28/2017 | | | 000000000000003- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 1/30/2017 | | | 000000000007254- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| 11/28/2016 | | | 000000000007550- | MONEY ORDER/PAYMENT TO DEBTOR ACCOUNT-FTB | $300.00 | | |
| | | | | Totals: | $13,200.00 | $0.00 | |