IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

YADIRA VARGAS TIRADO

xx-xx-1126

                    Debtor

CASE NO. 16-08946-BKT13

Chapter 13

FILED & ENTERED ON OCT/01/2020

ORDER ON ARREARS

     This case is before the Court on debtor's opposition to the motion to dismiss filed by Trustee alleging that debtor has failed to comply with the confirmed Chapter 13 Plan (docket entry #155). Debtor requests time (30 days) to cure the arrears.

     Debtor is hereby granted thirty (30) days to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing. Order due by October 29, 2020.

     IT IS SO ORDERED.

     In San Juan, Puerto Rico, this 1 day of October, 2020.

Brian K. Tester
United States Bankruptcy Judge